# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-526
Lower Tribunal No. F14-3553A

————————

**Antonio Hodgson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Antonio Hodgson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 775.21(4)(a)1.a., Fla. Stat. (2014) (providing that a defendant "shall be designated as a 'sexual predator'" upon conviction of a "capital, life, or first degree felony violation, or any attempt thereof, of s. 787.01 or s. 787.02, where the victim is a minor, or s. 794.011, s. 800.04, or s. 847.0145 . . . .") <u>See also</u> <u>State v. McKenzie</u>, 331 So. 3d 666, 673 (Fla. 2021) ("The imposition of sexual predator status under section 775.21 is related to the underlying criminal offense—but is not itself a sentence or punishment"); § 775.21(3)(d), Fla. Stat. (2014) ("The designation of a person as a sexual predator is neither a sentence nor a punishment but simply a status resulting from the conviction of certain crimes").